IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMA,<br>on behalf of plaintiff and the class defined below,<br><br>      Plaintiff,<br><br>    v.<br><br>FORA FINANCIAL, LLC, and<br>FORA FINANCIAL HOLDINGS, LLC,<br>both doing business as "FORA FINANCIAL",<br><br>      Defendants. | No. 16-cv-10651<br><br>Judge Andrea R. Wood<br>Magistrate Judge Maria Valdez |

## DECLARATION OF LEWIS S. WIENER REGARDING
## NOTICE OF PROPOSED SETTLEMENT PURSUANT TO 28 U.S.C. § 1715

  I, Lewis S. Wiener, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true and correct:

  1.  I have personal knowledge of the facts stated herein and if called to testify as a witness, I could and would testify competently to the following facts.

  2.  I am an attorney with the Law Firm of Eversheds Sutherland (US) LLP, which serves as counsel for Defendants, Fora Financial, LLC and Fora Financial Holdings, LLC, in this case.

  3.  I submit this declaration upon personal knowledge to demonstrate Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

  4.  On December 14, 2017, this court entered an order preliminarily approving the proposed class action settlement of this matter.

5. On January 4, 2018, pursuant to 28 U.S.C. § 1715 (a) & (b), Eversheds Sutherland (US) LLP staff, acting under my direct and supervision, served the CAFA Notice, which consisted of a cover letter and certain accompanying documents. The Notice was served upon the U.S. Attorney General and the appropriate government officials for all fifty states and in American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, the Virgin Islands, Micronesia, Palau, and the Marshall Islands.

6. Attached as Exhibit A is a true and correct copy of the letter that was mailed as described in paragraph 5.

7. Attached as Exhibit B is the list of the names and addresses of the government officials upon whom the CAFA Notice was served.

8. I have not received any objections or concerns regarding the CAFA notice nor the Settlement itself.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2018.

_____
Lewis S. Wiener

# EXHIBIT A

# EVERSHEDS SUTHERLAND

Eversheds Sutherland (US) LLP
700 Sixth Street, NW, Suite 700
Washington, DC 20001-3980

D: +1 202.383.0140
F: +1 202.637.3593

lewiswiener@
eversheds-sutherland.com

January 4, 2018

**Via Certified Mail**

**Re: CAFA Notice of Proposed Class Action Settlement**

Dear Sir or Madam:

Eversheds Sutherland (US) LLP represents Fora Financial, LLC and Fora Financial Holdings, LLC (collectively, "Defendants") in a putative class action lawsuit alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. §227 and the Illinois Consumer Fraud Act, 815 ILCS 505/2 entitled *Scott Dolemba vs. Fora Financial, LLC and Fora Financial Holdings, LLC*, Case No. 1:16-cv-10651. The lawsuit is pending before the Honorable Andrea R. Wood in the United States District Court for the Northern District of Illinois. This letter is to advise you that the Court preliminarily approved a class action settlement on December 14, 2017.

| | |
|---|---|
| **Case Name:** | *Scott Dolemba vs. Fora Financial, LLC and Fora Financial Holdings, LLC* |
| **Case Number:** | Case No. 1:16-cv-10651 |
| **Jurisdiction:** | United States District Court for the Northern District of Illinois (Eastern Division) |

**Date Proposed Settlement Filed with the Court:** December 12, 2017

Defendants deny any wrongdoing or liability whatsoever, but have decided to settle this action solely in order to eliminate the burden, expense, and uncertainties of further litigation. In compliance with 28 U.S.C. § 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the *Class Action Complaint* is included on the enclosed CD-ROM.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Final Approval Hearing is currently scheduled for May 15, 2018. Included on the enclosed CD-ROM is the Court's *Order Granting Plaintiff's Motion for Preliminary Approval of Settlement*.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Class Notice with Claim Form* to be provided to the class is included on the enclosed CD-ROM.

4. **28 U.S.C. § 1715(b)(4) – Class Action Settlement Agreement:** A copy of the *Class Action Settlement Agreement* is included on the enclosed CD-ROM.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** As of the date of this letter no other settlement or agreement has been entered into by the parties to this Action.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** No Final Judgment has been reached as of the date of this letter, nor have any Notices of Dismissal been granted at this time.

Eversheds Sutherland (US) LLP is part of a global legal practice, operating through various separate and distinct legal entities, under Eversheds Sutherland. For a full description of the structure and a list of offices, please visit www.eversheds-sutherland.com.

39960099.1

**EVERSHEDS SUTHERLAND**

January 4, 2018
Page 2

7.   **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimate of Class Members:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), at this time it is not feasible to provide a list of class members who reside in each state, because the class member data does not include for all class members the name, address, or state of residence for each person to whom a call was placed allegedly in violation of the TCPA. Rather, the available data reflects principally the telephone number (and area code) to which a call may have been successfully placed. There are approximately 47,385 class members. Pursuant to 28 U.S.C. § 1715(b)(7)(B), the following is an estimate of the approximate percent of class members residing in each state and the proportionate share of the claims such class members have to the entire settlement: Florida (14%), California (13%), Texas (12%), New York (6%), Georgia (3%), North Carolina (3%), Ohio (3%), Illinois (3%), Maryland (2%), Michigan (2%), Massachusetts (2%), New Jersey (2%), Pennsylvania (2%). We estimate that less than 2% of the class members reside in any other single state or jurisdiction. Because these class members are spread across many states and jurisdictions, this notice is being sent to the appropriate officials in all 50 states and in the District of Columbia, American Samoa, Guam, the Northern Mariana Islands, Puerto Rico, the Virgin Islands, Micronesia, Palau, and the Marshall Islands.

8.   **28 U.S.C. § 1715(b)(8) – Judicial Opinions Related to the Settlement:** A copy of the Court's *Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement* is included on the enclosed CD-ROM.

If for any reason you believe the enclosed information does not fully comply with 28 U.S.C. § 1715, please contact me immediately at (202) 383-0140 or by e-mail at lewiswiener@eversheds-sutherland.com so that I can address any concerns or questions you may have.

Very truly yours,

**LEWIS S. WIENER**
Eversheds Sutherland (US) LLP

Enclosure:   CD-ROM

39960099.1

# EXHIBIT B

| # | Last | First | Company | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 1 | Richards | Craig W. | Office of the Alaska Attorney General | P.O. Box 110300 | | Juneau | AK | 99811-0300 |
| 2 | Strange | Luther | Office of the Alabama Attorney General | 501 Washington Avenue | PO Box 300152 | Montgomery | AL | 36130-0152 |
| 3 | Rutledge | Leslie | Arkansas Attorney General Office | 323 Center Street, Suite 200 | | Little Rock | AR | 72201-2610 |
| 4 | Brnovich | Mark | Office of the Arizona Attorney General | 1275 W. Washington Street | | Phoenix | AZ | 85007 |
| 5 | Becerra | Xavier | Office of the Attorney General | Consumer Law Section | 455 Golden Gate Ave., Suite 11000 | San Francisco | CA | 94102 |
| 6 | Coffman | Cynthia | Office of the Colorado Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| 7 | Jepsen | George | State of Connecticut Attorney General's Office | 55 Elm Street | | Hartford | CT | 06106 |
| 8 | Racine | Karl A. | District of Columbia Attorney General | 441 4th Street, NW, Suite 1100S | | Washington | DC | 20001 |
| 9 | Jefferson Sessions | | Attorney General of the United States | United States Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530-0001 |
| 10 | Denn | Matt | Delaware Attorney General | Carvel State Office Building | 820 N. French Street | Wilmington | DE | 19801 |
| 11 | Bondi | Pam | Office of the Attorney General of Florida | The Capitol, PL-01 | | Tallahassee | FL | 32399-1050 |
| 12 | Olens | Sam | Office of the Georgia Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| 13 | Chin | Douglas S. | Office of the Hawaii Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| 14 | Miller | Tom | Iowa Attorney General | Hoover State Office Building | 1305 E. Walnut Street | Des Moines | IA | 50319 |
| 15 | Wasden | Lawrence | State of Idaho Attorney General's Office | Statehouse | 700 W Jefferson St | Boise | ID | 83720-0010 |
| 16 | Madigan | Lisa | Illinois Attorney General | James R. Thompson Center | 100 W. Randolph Street | Chicago | IL | 60601 |
| 17 | Zoeller | Greg | Indiana Attorney General's Office | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| 18 | Schmidt | Derek | Kansas Attorney General | 120 S.W. 10th Ave., 2nd Floor | | Topeka | KS | 66612-1597 |
| 19 | Conway | Jack | Office of the Kentucky Attorney General | Capitol Building, Suite 118 | | Frankfort | KY | 40601 |
| 20 | Caldwell | James D. | Office of the Louisiana Attorney General | P.O. Box 94095 | | Baton Rouge | LA | 70804-4095 |
| 21 | Healey | Maura | Office of the Attorney General of Massachusetts | 1 Ashburton Place | | Boston | MA | 02108-1518 |
| 22 | Frosh | Brian | Office of the Maryland Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202-2202 |
| 23 | Mills | Janet | Office of the Maine Attorney General | State House Station 6 | | Augusta | ME | 04333 |
| 24 | Schuette | Bill | Office of the Michigan Attorney General | P.O. Box 30212 | 525 W. Ottawa Street | Lansing | MI | 48909-0212 |
| 25 | Lori Swanson | Attorney General | Attention: CAFA Coordinator | 1400 Bremer Tower | 445 Minnesota Street | St. Paul | MN | 55101-2131 |
| 26 | Koster | Chris | Missouri Attorney General's Office | Supreme Court Building | 207 W. High Street | Jefferson City | MO | 65101 |
| 27 | Hood | Jim | Mississippi Attorney General's Office | Department of Justice | P.O. Box 220 | Jackson | MS | 39205 |
| 28 | Fox | Tim | Office of the Montana Attorney General | Justice Bldg. | 215 N. Sanders Street | Helena | MT | 59620-1401 |
| 29 | Cooper | Roy | Office of the North Carolina Attorney General | Department of Justice | P.O. Box 629 | Raleigh | NC | 27602-0629 |
| 30 | Stenehjem | Wayne | North Dakota Office of the Attorney General | State Capitol | 600 E. Boulevard Avenue | Bismarck | ND | 58505-0040 |
| 31 | Peterson | Doug | Office of the Nebraska Attorney General | State Capitol | P.O. Box 98920 | Lincoln | NE | 68509-8920 |
| 32 | Foster | Joseph A. | New Hampshire Attorney General | State House Annex | 33 Capitol Street | Concord | NH | 03301-6397 |
| 33 | Porino | Christopher | Office of the New Jersey Attorney General | Richard J. Hughes Justice Complex | 25 Market Street, P.O. Box 080 | Trenton | NJ | 08625 |
| 34 | Balderas | Hector | Office of the New Mexico Attorney General | P.O. Drawer 1508 | | Santa Fe | NM | 87504-1508 |
| 35 | Laxalt | Adam Paul | Nevada Attorney General | Old Supreme Ct. Bldg. | 100 North Carson Street | Carson City | NV | 89701 |
| 36 | Schneiderman | Eric | Office of the New York Attorney General | Department of Law | The Capitol, 2nd Floor | Albany | NY | 12224 |
| 37 | DeWine | Mike | Ohio Attorney General | State Office Tower | 30 E. Broad Street | Columbus | OH | 43266-0410 |
| 38 | Pruitt | Scott | Oklahoma Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| 39 | Rosenblum | Ellen F. | Office of the Oregon Attorney General | Justice Building | 1162 Court Street, NE | Salem | OR | 97301 |
| 40 | Shapiro | Josh | Pennsylvania Office of the Attorney General | 1600 Strawberry Square | | Harrisburg | PA | 17120 |
| 41 | Kilmartin | Peter | Rhode Island Office of the Attorney General | 150 South Main Street | | Providence | RI | 02903 |
| 42 | Wilson | Alan | South Carolina Attorney General | Rembert C. Dennis Office Bldg. | P.O. Box 11549 | Columbia | SC | 29211-1549 |
| 43 | Jackley | Marty J. | South Dakota Office of the Attorney General | 1302 East Highway 14, Suite 1 | | Pierre | SD | 57501-8501 |
| 44 | Slatery, III | Herbert H. | Tennessee Attorney General and Reporter | 425 5th Avenue North | | Nashville | TN | 37243 |
| 45 | Paxton | Ken | Attorney General of Texas | Capitol Station | P.O. Box 12548 | Austin | TX | 78711-2548 |
| 46 | Reyes | Sean | Utah Office of the Attorney General | State Capitol, Room 236 | 350 N State St | Salt Lake City | UT | 84114-0810 |
| 47 | Herring | Mark | Office of the Virginia Attorney General | 900 East Main Street | | Richmond | VA | 23219 |
| 48 | Sorrell | William H. | Office of the Attorney General of Vermont | 109 State Street | | Montpelier | VT | 05609-1001 |
| 49 | Ferguson | Bob | Washington State Office of the Attorney General | 1125 Washington St SE | P.O. Box 40100 | Olympia | WA | 98504-0100 |
| 50 | Schimel | Brad | Office of the Wisconsin Attorney General | Dept of Justice, State Capitol, RM 114 | East P.O. Box 7857 | Madison | WI | 53707-7857 |

| # | Last | First | Office | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| 51 | Morrisey | Patrick | West Virginia Attorney General | State Capitol | 1900 Kanawha Blvd E | Charleston | WV | 25305 |
| 52 | Michael | Peter K. | Office of the Wyoming Attorney General | State Capitol Bldg. | 200 W 24th St | Cheyenne | WY | 82002 |
| 53 | Ale | Talauega Eleasalo V. | American Samoa Attorney General | Exec. Ofc. Bldg., Utulei | Territory of American Samoa | Pago Pago | AS | 96799 |
| 54 | Barrett-Anderson | Elizabeth | Attorney General Office | ITC Bldg., Suite 706 | 590 S. Marine Corps Drive | Tamuning | Guam | 96913 |
| 55 | Manibusan | Edward | Northern Mariana Islands Attorney General | Administration Building | PO Box 10007 | Saipan | MP | 96950-8907 |
| 56 | Miranda-Rodriguez | Cesar R. | Puerto Rico Attorney General | | P.O. Box 902192 | San Juan | PR | 00902 |
| 57 | Walker | Claude E. | Department of Justice | Virgin Islands Attorney General | 34-38 Kronprindsens Gade, GERS Bldg, 2nd Floor | St. Thomas | VI | 00802 |
| 58 | Skilling | April Dawn | Office of the Secretary | Department of Justice for the Federated States of Micronesia | P.O. Box PS 105 | Palikir, Pohnpei | FM | 96941 |
| 59 | | | Office of the Attorney General | | P.O. Box 1365 | Koror | PW | 96940 |
| 60 | | | Office of the Attorney General | | P.O. Box 890 | Majuro | MH | 96960 |