## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Scott Dolemba

                    Plaintiff,

v.                                                 Case No.: 1:16–cv–10651

                                                        Honorable Andrea R. Wood

Fora Financial, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

      MINUTE entry before the Honorable Andrea R. Wood:Motion hearing held. The parties joint motion and request for status hearing [65] is granted. The parties shall submit a revised word version of their proposed Order Granting Final Approval of Class Settlement to the Court's Proposed Order emailbox at Proposed_Order_Wood@ilnd.uscourts.gov within 24 hours. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.