# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SCOTT DOLEMBA, on behalf of plaintiff and the class defined below, <br><br> Plaintiff, <br><br> v. <br><br> FORA FINANCIAL, LLC, and FORA FINANCIAL HOLDINGS, LLC, both doing business as "FORA FINANCIAL", <br><br> Defendants. | 16 C 10651 <br><br> Judge Wood <br> Magistrate Judge Valdez |

## **DECLARATION OF CATHERINE LATTURNER**

I, Catherine Latturner, declare under penalty of perjury, as provided for by 28 U.S.C. § 1746, that the following statements are true:

1. I am the Controller at Edelman, Combs, Latturner & Goodwin, LLC ("ECL&G").

2. This declaration is submitted in support of final accounting of the class settlement.

3. On January 14, 2019, ECL&G received a wire transfer from defendants Fora Financial, LLC and Fora Financial Holdings, LLC, in the amount of $411,025.00, representing the Settlement Fund. The Settlement Fund was deposited into the ECL&G Client Trust Account.

4. On January 18, 2019, ECL&G issued the following payments form the Settlement Fund:

    a. Payment in the amount of $10,000.00 was issued to plaintiff Scott Dolemba representing his class representative incentive award;

1

      b.      Payment in the amount of $264,025.00 was issued to Class-Settlement.com for deposit into the *Dolemba v Fora Financial* Settlement Fund (Net Settlement Fund); and

      c.      Payment in the amount of $137,000.00 issued to ECL&G, representing attorney's fees.

5.      No amount of the Settlement Fund has been retained in the ECL&G Client Trust Account.

Signed under penalty of perjury this 5th day of September, 2019.

*Catherine Latturner*
Catherine Latturner