**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SCOTT DOLEMBA,<br>on behalf of plaintiff and the class defined<br>below, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | 16 C 10651 |
| | ) | |
| vs. | ) ) | Judge Wood<br>Magistrate Judge Valdez |
| FORA FINANCIAL, LLC, and<br>FORA FINANCIAL HOLDINGS, LLC,<br>both doing business as "FORA FINANCIAL", | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff Scott Dolemba and defendants Fora Financial, LLC and Fora Financial

Holdings, LLC by and through their respective counsel, hereby stipulate pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(ii) to the dismissal of the above-captioned lawsuit.  Plaintiff and the Settlement

Class Members' claims, except the claims of the persons who opted out, Sure Me, LLC and

Yohana Perdomo (*Dkt. Nos. 56-57*), are dismissed with prejudice.  Each party shall bear its own

costs, other than the costs payable from the Settlement Fund and as authorized by the Court as

part of its Final Approval Order.

Respectfully submitted,

s/ Heather Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Counsel for Plaintiff Scott Dolemba*

s/ Lewis S. Wiener (w/ consent)
Michael L. Brooks
Boodell & Domanskis
1 N. Franklin Street
Suite 1200
Chicago, IL  60606
(312) 938-4070
(312) 540-1162 (FAX)

Lewis S. Wiener
Eversheds Sutherland (US) LLP

700 Sixth St. NW
Suite 700
Washington, D.C.  20001
(202) 383-0140
(202) 637-3593 (FAX)
*Counsel for Defendants*
*Fora Financial, LLC and*
*Fora Financial Holdings, LLC*

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, hereby certify that on April 28, 2020, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which caused notice via email to be sent to the following:

Michael L. Brooks - mbrooks@boodlaw.com
Boodell & Domanskis
One N. Franklin Street, Suite 1200
Chicago, IL 60606

Lewis S. Wiener - lewis.wiener@eversheds-sutherland.com
Eversheds Sutherland (US) LLP
700 Sixth Street NW, Suite 700
Washington, DC 20001


s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379